D. Jay Ritt, State Bar No. 138661
RITT, TAI, THVEDT & HODGES, LLP
65 North Raymond Ave., Suite 320
Pasadena, CA 91103
Tel: (626) 685-2550

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ENTERAL PRODUCTS, LLC | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:16-cv-915 RGK (RAOx) |
| v. | |
| MEDS DIRECT RX OF NY, LLC, et al. | **(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

| Hall, Andrew C. | of | Hall, Lamb and Hall, P.A. |
|---|---|---|
| *Applicant's Name (Last Name, First Name & Middle Initial* | | 2665 S. Bayshore Drive |
| (305) 374-5030        (305) 374-5033 | | PH 1 |
| *Telephone Number        Fax Number* | | Coconut Grove, FL  33133 |
| andyhall@hlhlawfirm.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

Meds Direct RX of NY, LLC, Meds Direct RX of FL, LLC and Meds Direct RX of TN, LLC

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

| Ritt, D. Jay | of | RITT, TAI, THVEDT & HODGES, LLP |
|---|---|---|
| *Designee's Name (Last Name, First Name & Middle Initial* | | 65 North Raymond Ave., Suite 320 |
| 138661        (626) 685-2550        626-685-2562 | | Pasadena, CA  91103 |
| *Designee's Cal. Bar No.    Telephone Number    Fax Number* | | |
| ritt@rtthlaw.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: May 25, 2016**

_____
**U.S. District Judge/U.S. Magistrate Judge**