D. Jay Ritt, State Bar No. 138661
RITT, TAI, THVEDT & HODGES, LLP
65 North Raymond Ave., Suite 320
Pasadena, CA 91103
Tel: (626) 685-2550

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERAL PRODUCTS, LLC <br><br> Plaintiff(s) <br> v. <br><br> MEDS DIRECT RX OF NY, LLC, et al. <br><br> Defendant(s). | CASE NUMBER <br><br> 2:16-cv-915 RGK (RAOx) <br><br><br> (~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Hall, Adam S.

*Applicant's Name (Last Name, First Name & Middle Initial*

(305) 374-5030                  (305) 374-5033

*Telephone Number*              *Fax Number*

adamhall@hlhlawfirm.com

*E-Mail Address*

of

Hall, Lamb and Hall, P.A.
2665 S. Bayshore Drive
PH 1
Coconut Grove, FL  33133

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Meds Direct RX of NY, LLC, Meds Direct RX of FL, LLC and Meds Direct RX of TN, LLC

*Name(s) of Party(ies) Represent*          ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Ritt, D. Jay

*Designee's Name (Last Name, First Name & Middle Initial*

138661                  (626) 685-2550          626-685-2562

*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*

ritt@rtthlaw.com

*E-Mail Address*

of

RITT, TAI, THVEDT & HODGES, LLP
65 North Raymond Ave., Suite 320
Pasadena, CA  91103

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:     ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: May 25, 2016**

_____
**U.S. District Judge/U.S. Magistrate Judge**